Schurmeier v. The First Div. St. Paul and Pacific R. R. Co., et al.

CASPER H. SCHURMEIER,

*v.*

THE FIRST DIVISION ST. PAUL & PACIFIC R. R. Co., *et al.*

An appeal to the Supreme Court does not lie from an *ex parte* order made at Chambers by a Judge of the District Court.

This action was commenced in the district court for Ramsey county. Upon the application of the plaintiff an order was made by the Judge of said court at Chambers, allowing a temporary injunction; the defendants appeal from such order to this court. The plaintiff moves that the appeal be dismissed.

H. R. BIGELOW, for Appellants.

ALLIS & WILLIAMS, for Respondent.

*By the Court*—McMILLAN, J. This is an appeal from an order allowing a temporary injunction. The order appealed from was made *ex parte* on the application of the respondent, to the Judge of the second judicial district, at Chambers.

It has already been determined by this court that an appeal does not lie from an order of this character. *Hoffman et al. vs. Mann,* 11 *Minn.,* 364.

The objection being urged here, the appeal must be dismissed.